CLOSED

```
FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

EMMA LEHENY (CSB No. 196167)
JONATHAN COHEN (CSB No. 237965)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
email: jcohen@rsglabor.com

KATHERINE SHANNON CHRISTOVICH (CSB No. 178397)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 West Third Street
Los Angeles, California 90048
Telephone: (323) 782-4521
Facsimile: (323) 782-4806

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and GARRICK DOWHEN,<br><br>Petitioners,<br><br>v.<br><br>CHARIS PRODUCTIONS, LLC; CHARIS PRODUCTIONS, (PTY) LTD.; and RUDOLF MARKGRAAFF,<br><br>Respondents. | CASE NO. CV 07-05917 DSF (MANx)<br><br>[PROPOSED] JUDGMENT |

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

///

1

1. Judgment is entered in favor of petitioners Writers Guild of America, West, Inc., and Garrick Dowhen ("Petitioners") and against respondents Charis Productions, LLC, Charis Productions, (PTY) Ltd., and Rudolf Markgraaff ("Respondents");

2. The Decision and Award of Arbitrator Sol Rosenthal, dated April 23, 2007, is confirmed in its entirety;

3. Petitioners will recover reasonable attorneys' fees in the amount of $6,250.00; and

4. Petitioners will recover costs in the amount of $545.00

DATED: 4-8-08

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE