JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and GARRICK DOWHEN,<br><br>Petitioners,<br><br>v.<br><br>CHARIS PRODUCTIONS, LLC; CHARIS PRODUCTIONS, (PTY) LTD.; and RUDOLF MARKGRAAFF,<br><br>Respondents. | CASE NO. CV 07-05917 DSF (MANx)<br><br>AMENDED JUDGMENT |

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

///

1

1. Judgment is entered in favor of petitioners Writers Guild of America, West, Inc., and Garrick Dowhen ("Petitioners") and against respondents Charis Productions, LLC, Charis Productions, (PTY) Ltd., and Rudolf Markgraaff ("Respondents");

2. The Decision and Award of Arbitrator Sol Rosenthal, dated April 23, 2007, is confirmed in its entirety;

3. Respondents are jointly and severally liable for the following amounts:

    a. Principal in the amount of $84,548.40;

    b. Interest in the amount of $12,534.47;

    c. Reasonable attorneys' fees in the amount of $6,250.00; and

    d. Costs in the amount of $545.00.

DATED: 10/9/08

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE